UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 18-25240-RAM

LOURDES M LYNN
    Debtor
_____/

AGREED MOTION TO MODIFY PLAN BASE

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Motion to Modify and states as follows:

1) The Debtor received a settlement. The settlement is property of the estate pursuant to 11 U.S.C. §1306.

2) The Debtor has provided the Trustee with sufficient funds to pay the unsecured claims in full.

3) The plan base must be increased to permit the Trustee to disburse the funds.

4) The Debtor consents to the entry of an order increasing the plan base.

WHEREFORE, the Trustee requests that this Court enter an order increasing the plan base to $35,625.37 and for any other relief that the Court may deem necessary.

        RESPECTFULLY SUBMITTED:
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL 33027-9806

        By: /s/_____
        Amy E. Carrington, Esq.
        *Senior Staff Attorney*
        FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Agreed Motion to Modify was served through NEF and by email to Ricardo R Corona, Esq on May 12, 2021

/s/
Amy E Carrington, Esq